IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCUS JORDAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  -against-<br><br>RED LOBSTER RESTAURANTS, LLC,<br><br>    Defendant. | Case No. 17 Civ. 5550<br><br>The Hon. Joan H. Lefkow |

**NOTICE OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)**

 Plaintiff Marcus Jordan dismisses this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: April 13, 2018

              Respectfully submitted,

              s/ Justin M. Swartz
              OUTTEN & GOLDEN LLP
              Justin M. Swartz
              685 Third Avenue, 25th Floor
              New York, NY 10017
              Telephone: (212) 245-1000

              Paul W. Mollica
              North Clark Street, Suite 1600
              Chicago, IL 60601
              Telephone: (312) 809-7010

              Attorneys for Plaintiff